**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                                 Case Number: 08 C 1071

United States of America v. Funds in the Amount of
Approximately Five Million Dollars ($5,000,000) Including:
The Real Property Located at 57 South Deere Park Drive
Highland Park, Illinois and Real Property located at 2494 Bay
Isle Drive, Weston, Florida

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake County Treasurer in its Claim for Property Taxes in Connection with Property located at 57 South Deere Park Drive, Highland Park, Illinois

| |
|---|
| NAME (Type or print) <br> KAREN D. FOX |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Karen D. Fox |
| FIRM <br> Lake County State's Attorney's Office |
| STREET ADDRESS <br> 18 North County Street, 3rd Floor |
| CITY/STATE/ZIP <br> Waukegan IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06255941 | 847-377-3050 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐