2007 Estimate of Real Estate Taxes & Proration of 50 days in 2008
For 57 South Deere Park, Highland Park, Illinois
Tax ID Nos. 17-31-302-051 & 17-31-302-163

2006 real estate taxes were $55,973.71
estimate for 2007 taxes based on 2006 tax rate Xs 2007 assessed value less homestead exemption

|  |  | 2007 taxable value | 2006 tax rate | estimated tax |
|---|---|---|---|---|
| 2007 est | 17-31-302-051 | 1147622 | 0.058 | $66,562.08 |
|  | 17-31-302-163 | 36741 | 0.058 | $2,130.98 |
|  |  |  | 07est | $68,693.05 |
|  |  |  |  | 0.136986301 |
|  | estimate of 2008 taxes would 13.7% of the 2007 estimate |  |  | $9,410.01 |
|  |  |  | Total | $78,103.06 |



**PROPERTY TAX PAYMENT COUPON**

**Tax Year 2006**
PIN: 17-31-302-051

ROBERT SKIDMORE
LAKE COUNTY COLLECTOR

17-31-302-051



STUART P LEVINE
57 S DEERE PARK DR
HIGHLAND PARK IL 60035-5370

Interest calculated as of 2/28/2008

**TOTAL BALANCE DUE:** $0.00  DUE

PAYABLE TO LAKE COUNTY COLLECTOR

Your cancelled check is your receipt

Please Remit Payment To:

**Lake County Collector
18 N County St.
Waukegan, IL 60085**

| Property Location: | 57 S DEERE PARK DR SOUTH HIGHLAND PARK | Tax Year 2006 | PIN Number 17-31-302-051 | | Tax Code 18005 | Acres 0.00 |
|---|---|---|---|---|---|---|

Legal Description: BAIRD & WARNERS ADD TO DEERE PARK SUB. LOT 77 (EX NW 40 FT) &NW 55 FT LOT 78

| Taxing Body | Rate | Current Amount | Change From Prior Year |
|---|---|---|---|
| COUNTY OF LAKE | 0.35900 | $3,346.71 | $393.63 |
| COUNTY OF LAKE PENSION | 0.09100 | $848.33 | $254.59 |
| CITY OF HIGHLAND PARK | 0.29400 | $2,740.78 | $272.06 |
| CITY OF HIGHLAND PARK LIBRARY | 0.14700 | $1,370.38 | $151.65 |
| CITY OF HIGHLAND PARK PENSION | 0.09100 | $848.33 | $153.03 |
| PARK DISTRICT OF HIGHLAND PARK | 0.35800 | $3,337.40 | $392.14 |
| PARK DISTRICT OF HIGHLAND PARK PENSION | 0.02000 | $186.45 | $30.20 |
| SOUTHLAKE MOSQUITO ABATEMENT | 0.01200 | $111.87 | $18.12 |
| SCHOOL DISTRICT #112 | 2.19700 | $20,481.18 | $2,731.45 |
| SCHOOL DISTRICT #112 PENSION | 0.02800 | $261.02 | ($51.48) |
| COLLEGE OF LAKE COUNTY #532 | 0.19500 | $1,817.86 | $278.82 |
| HIGH SCHOOL #113 | 1.58300 | $14,757.26 | $1,968.40 |
| HIGH SCHOOL #113 PENSION | 0.05200 | $484.76 | $101.96 |
| NORTH SHORE SAN DIST | 0.12500 | $1,165.30 | $134.07 |
| FOREST PRESERVE | 0.19600 | $1,827.18 | $249.08 |
| FOREST PRESERVE PENSION | 0.00800 | $74.58 | $12.08 |
| TOWNSHIP OF MORAINE | 0.04400 | $410.18 | $58.62 |
| Totals | 5.80000 | $54,069.57 | $7,148.42 |

| | |
|---|---|
| Land Value | $436,145 |
| + Building Value | $499,089 |
| x State Multiplier | 1.0 |
| = Equalized Value | $937,234 |
| + Farm Land and Bldg Value | $0 |
| + State Assessed Pollution Ctrl. | |
| + State Assessed Railroads | |
| = Total Assessed Value | $937,234 |
| - Fully Exempt | |
| - Senior Freeze | |
| - Home Improvement | |
| - Limited Homestead | $5,000 |
| - Senior Homestead | |
| - Veterans | |
| = Taxable Valuation | $932,234 |
| x Tax Rate | 5.80000 |
| = Real Estate Tax | $54,069.57 |
| + Special Service Area | |
| + Drainage | |
| = Total Current Year Tax | $54,069.57 |
| + Omitted Tax | |
| + Forfeited Tax | |
| = Total Tax Billed | $54,069.57 |
| + Interest Due as of 2/28/2008 | $0.00 |
| + Cost | $0.00 |
| = AMOUNT BILLED | $54,069.57 |
| Fair Market Value | $2,811,702 |
| 1st Installment Due  6/6/2007 | $0.00 |
| 2nd Installment Due  9/6/2007 | $0.00 |



LAKE COUNTY

Property Account Summary

| Account No.: | 17-31-302-051 | Alternate Property Number: | 17-31-302-051 |
|---|---|---|---|
| Account Type: | Real Property | | |
| TCA: | | | |
| Situs Address: | 57 S DEERE PARK DR SOUTH<br>HIGHLAND PARK ILL 60035 | | |
| Legal: | BAIRD & WARNERS ADD TO DEERE PARK SUB. LOT 77 (EX NW 40 FT) &NW 55 FT LOT 78 | | |

**Parties:**

| Role | Name & Address |
|---|---|
| Owner | LEVINE, STUART P<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |
| Owner | LEVINE, SHARI H<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |
| Taxpayer | LEVINE, STUART P<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |

**Property Values:**

| Value Name | 2007 | 2006 | 2005 |
|---|---|---|---|
| Billing Value | | $932,234 | $781,238 |
| Total Exemptions | | $5,000 | $5,000 |
| Land | | $438,145 | $351,924 |
| Improvements | 1,152,622 *(handwritten)* | $499,089 | $434,314 |
| Total Current Value | | $937,234 | $786,238 |

**Property Characteristics:**

| Tax Year | Characteristic | Value |
|---|---|---|
| 2007 | Township | 018 - Moraine |
| | Property Class | Residential Improved |
| | Legal Acreage | 0.00 |
| | GIS Acres | 0.99984200 |

**Exemptions:**

| Tax Year | Description | Count | Amount | Assessment Basis |
|---|---|---|---|---|
| 2006 | Gen Homestead - Res | 1 | $5,000 | Total Current Value |
| 2005 | Gen Homestead - Res | 1 | $5,000 | Homestead Exemption Basis |

(End of Report)

**LakeCounty**

LAKE COUNTY

Property Account Summary

| | | | |
|---|---|---|---|
| **Account No.:** | 17-31-302-163 | **Alternate Property Number:** | 17-31-302-163 |
| **Account Type:** | Real Property | | |
| **TCA:** | | | |
| **Situs Address:** | 0 DEERE PARK DR<br>HIGHLAND PARK ILL 60035 | | |
| **Legal:** | COHEN'S RESUB; PT LTS 1&2 DAFS, COM SLY COR LT1, NWLY ALG WLY LN 4.83',NELY 200.81' TO PNT 7.7' N OF SLN LT 2, NELY // TO SLN LT TO WATER'S EDGE, SLY ALG SD WATER'S EDGE TO SLN SUB, SWLY TO POB | | |

**Parties:**

| Role | Name & Address |
|---|---|
| Owner | LEVINE, STUART P<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |
| Owner | LEVINE, SHARI H<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |
| Taxpayer | LEVINE, STUART P<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL 60035-5370 |

**Property Values:**

| Value Name | 2007 | 2006 | 2005 |
|---|---|---|---|
| Billing Value | | $32,830 | $30,075 |
| Total Exemptions | | $0 | $0 |
| Land | 36741 *(handwritten)* | $32,830 | $30,075 |
| Improvements | | $0 | $0 |
| Total Current Value | | $32,830 | $30,075 |

**Property Characteristics:**

| Tax Year | Characteristic | Value |
|---|---|---|
| 2007 | Township | 018 - Moraine |
| | Property Class | Residential Vacant |
| | Legal Acreage | 0.00 |
| | GIS Acres | 0.05419261 |

**Exemptions:**

(End of Report)