UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| APPROXIMATELY FIVE MILLION | ) | |
| DOLLARS ($5,000.000) | ) | |
| INCLUDING: ) | | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 57 SOUTH DEERE PARK DRIVE, | ) | |
| HIGHLAND PARK, ILLINOIS, and | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 2494 BAY ISLE DRIVE, | ) | 08 C 1071 |
| WESTON, FLORIDA | ) | |
| Defendants. | ) | Judge Elaine E. Bucklo |

NOTICE OF FILING

To:    Christopher Niewoehner
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, IL 60604

        Please take notice that on March 5, 2008 the undersigned filed with the Clerk of the
United States District Court, Northern District of Illinois, the CLAIM OF LAKE COUNTY, a
copy of which is attached hereto and served upon you.

                                        s/Karen D. Fox
                                        Assistant State's Attorney

Michael J. Waller
State's Attorney of Lake County
Karen D. Fox #6255941
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050

PROOF OF SERVICE

        I, Karen D. Fox, under penalties as provided by Section 1-109 of the Code of Civil
Procedure, certify that I served a copy of the foregoing by electronic mail to the person to whom
it is directed, on March 5, 2008.

                                        s/Karen D. Fox