UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 C 1071 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| APPROXIMATELY FIVE MILLION | ) | Judge Amy J. St. Eve |
| DOLLARS ($5,000,000) | ) | |
| INCLUDING: | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 57 SOUTH DEERE PARK DRIVE, | ) | |
| HIGHLAND PARK, ILLINOIS, and | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 2494 BAY ISLE DRIVE, | ) | |
| WESTON, FLORIDA | ) | |

## ATTORNEY DESIGNATION

Please take notice that in addition to Assistant United States Attorney Christopher Niewoehner, Assistant United States Attorney Joseph M. Ferguson has been designated as an attorney in the above captioned case on behalf of the United States.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/Joseph M. Ferguson
JOSEPH M. FERGUSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1414

March 7, 2008

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on March 7, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers and was sent by first-class mail to the following non-ECF filers:

| | |
|---|---|
| Jeffrey B. Steinback | Andrea E. Gambino |
| 53 West Jackson Blvd | Law Offices of Andrea E Gambino |
| Suite 1420 | 53 West Jackson Blvd., Suite 926 |
| Chicago, IL 60604-3753 | Chicago, IL 60604-3840 |

s/Joseph M. Ferguson
JOSEPH M. FERGUSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1414