UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 C 1071 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| APPROXIMATELY FIVE MILLION | ) | Judge Amy J. St. Eve |
| DOLLARS ($5,000,000) | ) | |
| INCLUDING: | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 57 SOUTH DEERE PARK DRIVE, | ) | |
| HIGHLAND PARK, ILLINOIS, and | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT | ) | |
| 2494 BAY ISLE DRIVE, | ) | |
| WESTON, FLORIDA | ) | |

## NOTICE OF FILING

TO:    See attached certificate of service

    PLEASE TAKE NOTICE that on FRIDAY, MARCH 7, 2008, the undersigned filed in the United States District Court for the Northern District of Illinois a STIPULATED AGREEMENT, service of which is being made upon you.

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

      By:    s/ Christopher Niewoehner
              CHRISTOPHER NIEWOEHNER
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-6117

**CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**STIPULATED AGREEMENT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on March 7, 2008, to the following non-ECF filers:

| | |
|---|---|
| Jeffrey B. Steinback | Andrea E. Gambino |
| 53 West Jackson Blvd | Law Offices of Andrea E Gambino |
| Suite 1420 | 53 West Jackson Blvd., Suite 926 |
| Chicago, IL 60604-3753 | Chicago, IL 60604-3840 |

                                                    s/ Christopher Niewoehner
                                                  CHRISTOPHER NIEWOEHNER
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-6117