**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America

                                      Plaintiff,

v.                                                Case No.:
                                              1:08−cv−01071

                                              Honorable Amy J. St. Eve

57 South Deere Park Drive, Highland Park, Illinois, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Initial Status hearing set for 4/1/2008 at 08:30 AM. in courtroom 1241.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.