| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN *HHW* | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARS...<br>08 FEB 28 AM 9:44<br>N. DIST. OF ILL | | COURT CASE NUMBER<br>08 C 1071 |
| DEFENDANT<br>FUNDS IN THE AMOUNT OF $5M; REAL PROPERTY LOCATED AT 57 DEERE PARK DRIVE, HIGHLAND PARK, IL; AND REAL PROPERTY LOCATED AT 2494 BAY ISLE DRIVE, WESTON, FLORIDA | | | TYPE OF PROCESS:<br>NOTICE OF FORFEITURE ACTION |

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | UNITED STATES MARSHALS SERVICE |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | 219 South Dearborn, Room 2444, Chicago, Illinois 60604 ATTN: Cynthia Villarruel |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR<br>CHICAGO, ILLINOIS 60604<br>ATTN: KATIE MILLER, AFU | Number of process to be served with this Form - 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Please publish the enclosed Notice of Forfeiture Action in the *Chicago Tribune* once a week for three consecutive weeks**

05-FBI-004607, 4606            PREPARED BY: K. MILLER

| Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT<br>CHRISTOPHER NIEWOEHNER, AUSA | TELEPHONE NUMBER<br>(312) 353-5300 | DATE<br>02/27/08 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ___ | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

FILED MAR 21 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT    3-21-2008

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>3/17/08 | Time<br>11:00 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*Melody n Walden* | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

Published Chicago Tribune 3/3/08 — 3/17/08

PRIOR EDITIONS MAY BE USED           SEND ORIGINAL + 2 COPIES to USMS.           FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (3) times(s) and on the following dates:

**Starting 03/03/08 and Ending 03/17/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 17TH day of March, 2008.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michigan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

981851

Page 1 of 2

NOTICE OF
FORFEITURE ACTION

On February 21, 2008, the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against funds in the amount of approximately five million dollars ($5,000,000) including the real property located at 57 South Deere Park Drive, Highland Park, Illinois, and the real property located at 2494 Bay Isle Drive, Weston Florida, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to all known potential claimants on February 27, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case U.S. v. Funds in the Amount of Approximately Five Millions Dollars, et al., 08 C 1071, by April 2, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Christopher Niewoehner at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future

DATED: February 27, 2008