U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 1071
UNITED STATES OF AMERICA
VS.
FUNDS IN THE AMOUNT OF APPROXIMATELY FIVE
MILLION DOLLARS ($5,000,000) INCLUDING:
THE REAL PROPERTY LOCATED AT 57 SOUTH DEERE
PARK DRIVE, HIGHLAND PARK, ILLINOIS, and

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASTORIA FEDERAL MORTGAGE CORPORATION

| | |
|---|---|
| NAME (Type or print) SAMUEL H. LEVINE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ SAMUEL H. LEVINE | |
| FIRM ARNSTEIN & LEHR, LLP | |
| STREET ADDRESS 120 SOUTH RIVERSIDE PLAZA, SUITE 1200 | |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06181160 | TELEPHONE NUMBER 312-876-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |