# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

United States of America, Plaintiff

vs.

Funds in the Amount of Approximately Five Million Dollars ($5,000,000), including the Real Property Located at 57 South Deere Park Drive, Highland Park, Illinois and The Real Property Located at 2494 Bay Isle Drive, Weston, Florida

Case Number: 08 C 1071

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASTORIA FEDERAL MORTGAGE CORPORATION

| | |
|---|---|
| **NAME** (Type or print) <br> PATRICK J. COTTER | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick J. Cotter | |
| **FIRM** <br> ARNSTEIN & LEHR, LLP | |
| **STREET ADDRESS** <br> 120 SOUTH RIVERSIDE PLAZA, SUITE 1200 | |
| **CITY/STATE/ZIP** <br> CHICAGO, ILLINOIS 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 06202681 | **TELEPHONE NUMBER** <br> 312-876-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |