# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>United States of America, Plaintiff<br>vs.<br>Funds in the Amount of Approximately Five Million Dollars ($5,000,000), including the Real Property Located at 57 South Deere Park Drive, Highland Park, Illinois and The Real Property Located at 2494 Bay Isle Drive, Weston, Florida | Case Number: 08 C 1071 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASTORIA FEDERAL MORTGAGE CORPORATION

| |
|---|
| NAME (Type or print)<br>W. MATTHEW BRYANT |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ W. Matthew Bryant |
| FIRM<br>ARNSTEIN & LEHR, LLP |
| STREET ADDRESS<br>120 SOUTH RIVERSIDE PLAZA, SUITE 1200 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06228918 | TELEPHONE NUMBER<br>312-876-7100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐