IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 08 C 1071 |
| FUNDS IN THE AMOUNT OF APPROXIMATELY FIVE MILLION DOLLARS ($5,000,000) INCLUDING: | ) ) ) ) ) | Judge Amy J. St. Eve |
| THE REAL PROPERTY LOCATED AT 57 SOUTH DEERE PARK DRIVE, HIGHLAND PARK, ILLINOIS, and | ) ) ) ) | |
| THE REAL PROPERTY LOCATED AT 2494 BAY ISLE DRIVE, WESTON, FLORIDA, | ) ) ) ) | |
| Defendants. | ) | |

## CLAIMANT ASTORIA FEDERAL MORTGAGE CORPORATION'S UNOPPOSED MOTION TO VACATE ANY AND ALL DEFAULTS, AND FOR LEAVE TO FILE VERIFIED CLAIM OF INTEREST IN REAL PROPERTY

ASTORIA FEDERAL MORTGAGE CORPORATION ("ASTORIA"), by and through its attorneys Arnstein & Lehr, LLP, moves this Honorable Court to vacate any and all defaults, and for leave to file its verified claim of interest in real property. In support of its motion, ASTORIA states that it has recently retained counsel in this matter and wishes to protect its interest in said property. Counsel for ASTORIA has discussed this matter with counsel for Plaintiff, who advised that Plaintiff had no objection to this Motion to allow ASTORIA to file its Verified Claim. The Verified Claim proposed to be filed is attached hereto as Exhibit 1.

WHEREFORE, ASTORIA requests the Court to enter an order vacating any defaults technical or otherwise, grant it leave to file its Verified Claim of Interest in Real Property, and award such other and further relief deemed just.

        Respectfully submitted,
        ASTORIA FEDERAL MORTGAGE CORPORATION

By:   s/ W. Matthew Bryant
      One of its attorneys

Samuel H. Levine #06181160
Patrick J. Cotter #06202681
W. Matthew Bryant #06228918
ARNSTEIN & LEHR, LLP
Attorneys for Claimant
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100 phone
(312) 876-0288 facsimile