# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 08 C 1071 |
| FUNDS IN THE AMOUNT OF ) | |
| APPROXIMATELY FIVE MILLION ) | Judge Amy J. St. Eve |
| DOLLARS ($5,000,000) INCLUDING: ) | |
| ) | |
| THE REAL PROPERTY LOCATED AT 57 ) | |
| SOUTH DEERE PARK DRIVE, ) | |
| HIGHLAND PARK, ILLINOIS, and ) | |
| ) | |
| THE REAL PROPERTY LOCATED AT ) | |
| 2494 BAY ISLE DRIVE, ) | |
| WESTON, FLORIDA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: All Counsel of Record
(As indicated on CM/ECF)

Please take notice that on **May 5, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy J. St. Eve or any Judge sitting in her stead in courtroom 1241, and then and there present **CLAIMANT ASTORIA FEDERAL MORTGAGE CORPORATION'S UNOPPOSED MOTION TO VACATE ANY AND ALL DEFAULTS, AND FOR LEAVE TO FILE VERIFIED CLAIM OF INTEREST IN REAL PROPERTY.**

                                                Respectfully submitted,
                                                ASTORIA FEDERAL MORTGAGE
                                                CORPORATION

                        By:    s/W. Matthew Bryant
                                One of its attorneys

Samuel H. Levine #06181160
Patrick J. Cotter #06202681
W. Matthew Bryant #06228918
ARNSTEIN & LEHR, LLP
Attorneys for Claimant
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100 phone
(312) 876-0288 facsimile