# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States of America

                                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01071

　　　　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

57 South Deere Park Drive, Highland Park, Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Claimant Astoria Federal Mortgage Corporation to vacate Any and All Defaults, and For Leave to File Verified Claim of Interest in Real Property [19] is granted. Appearance on this motion for 5/5/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.