UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|                  Plaintiff, | ) |
| v. | ) |
| FUNDS IN THE AMOUNT OF APPROXIMATELY FIVE MILLION DOLLARS ($5,000,000) INCLUDING: | ) |
| THE REAL PROPERTY LOCATED AT 57 SOUTH DEERE PARK DRIVE, HIGHLAND PARK, ILLINOIS, and | ) |
| THE REAL PROPERTY LOCATED AT 2494 BAY ISLE DRIVE, WESTON, FLORIDA | ) 08 C 1071 |
|                  Defendants. | ) Judge Elaine E. Bucklo |

## CLAIM OF LAKE COUNTY

PLEASE TAKE NOTICE that Lake County has an interest in the defendant property located at 57 South Deere Park Drive, Highland Park, Illinois (common address), PINs 17-31-302-051 and 17-31-302-163, by virtue of accrued property taxes with respect to the defendant property for the period of January 2007 through December 2007, in the amount of $67,638.97 plus any unpaid real estate taxes for 2008 which may continue to accrue until entry of the decree of forfeiture.

Subscribed and sworn to before me this
2 day of May, 2008.

_____
NOTARY PUBLIC

Donald H. Schneider,
Lake County Deputy Treasurer

"OFFICIAL SEAL"
IVETTE M. DIAZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-6-11

Document prepared by:
Karen D. Fox #06255941
Assistant State's Attorney
Lake County State's Attorney's Office
18 North County Street, 3rd Floor
Waukegan, IL 60085
(847)377-3050

U:\WPDATA\CIVIL\Lskdf\08 C 1071 - 57 S Deere Park\Claim of Lake County#2.wpd