| | | |
|---|---|---|
| COUNTY<br>ROBERT SKIDMORE<br>**1**<br>LAKE COUNTY COLLECTOR<br>17-31-302-051<br><br>STUART P LEVINE<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL  60035-5370 | **1st INSTALLMENT**<br>**Tax Year 2007**<br>**PAYMENT COUPON**<br><br>*1731302051* | *LAKE COUNTY     LAKE*<br>*LAKE COUNTY LAKE COUNTY*<br><br>PIN:   17-31-302-051<br><br><br>**Postmarked on or before 6/3/2008**<br>**$32,770.34   DUE**<br>PAYABLE TO LAKE COUNTY COLLECTOR<br><br>173130205100000003277034200712 |

Your cancelled check is your receipt

| | | |
|---|---|---|
| COUNTY<br>ROBERT SKIDMORE<br>**2**<br>LAKE COUNTY COLLECTOR<br>17-31-302-051<br><br>STUART P LEVINE<br>57 S DEERE PARK DR<br>HIGHLAND PARK IL  60035-5370 | **2nd INSTALLMENT**<br>**Tax Year 2007**<br>**PAYMENT COUPON**<br><br>*1731302051* | *LAKE COUNTY     LAKE*<br>*LAKE COUNTY LAKE COUNTY*<br><br>PIN:   17-31-302-051<br><br><br>**Postmarked on or before 9/3/2008**<br>**$32,770.35   DUE**<br>PAYABLE TO LAKE COUNTY COLLECTOR<br><br>173130205100000003277035200723 |

Your cancelled check is your receipt

**Property Location:** 57 S DEERE PARK DR SOUTH
HIGHLAND PARK

PIN Number: 17-31-302-051
Tax Code: 18005
Acres: 0.00

**Legal Description:** BAIRD & WARNERS ADD TO DEERE PARK SUB. LOT 77 (EX NW 40 FT) &NW 55 FT LOT 78

| Taxing Body | Rate | Current Amount | Change From Prior Year |
|---|---|---|---|
| COUNTY OF LAKE | 0.34800 | $3,993.72 | $647.01 |
| COUNTY OF LAKE PENSION | 0.09600 | $1,101.72 | $253.39 |
| CITY OF HIGHLAND PARK | 0.29100 | $3,339.58 | $598.80 |
| CITY OF HIGHLAND PARK LIBRARY | 0.14000 | $1,606.67 | $236.29 |
| CITY OF HIGHLAND PARK PENSION | 0.08600 | $986.96 | $138.63 |
| PARK DISTRICT OF HIGHLAND PARK | 0.35800 | $4,108.49 | $771.09 |
| PARK DISTRICT OF HIGHLAND PARK PENSION | 0.01900 | $218.05 | $31.60 |
| SOUTHLAKE MOSQUITO ABATEMENT | 0.01100 | $126.24 | $14.37 |
| SCHOOL DISTRICT #112 | 2.15000 | $24,673.86 | $4,192.68 |
| SCHOOL DISTRICT #112 PENSION | 0.03600 | $413.14 | $152.12 |
| COLLEGE OF LAKE COUNTY #532 | 0.19200 | $2,203.45 | $385.59 |
| HIGH SCHOOL #113 | 1.56700 | $17,983.24 | $3,225.98 |
| HIGH SCHOOL #113 PENSION | 0.05200 | $596.76 | $112.00 |
| NORTH SHORE SAN DIST | 0.12000 | $1,377.14 | $211.84 |
| FOREST PRESERVE | 0.19600 | $2,249.34 | $422.16 |
| FOREST PRESERVE PENSION | 0.00500 | $57.38 | ($17.20) |
| TOWNSHIP OF MORAINE | 0.04400 | $504.95 | $94.77 |
| **Totals** | 5.71100 | $65,540.69 | $11,471.12 |

| | |
|---|---|
| Land Value | $640,565 |
| + Building Value | $512,057 |
| x State Multiplier | 1.0 |
| = Equalized Value | $1,152,622 |
| + Farm Land and Bldg | $0 |
| + State Assessed Pollution | |
| + State Assessed Railroads | |
| = Total Assessed Value | $1,152,622 |
| - Fully Exempt | |
| - Senior Freeze | |
| - Home Improvement | |
| - Limited Homestead | $5,000 |
| - Senior Homestead | |
| - Veterans/Disabled | |
| - Returning Veteran | |
| = Taxable Valuation | $1,147,622 |
| x Tax Rate | 5.71100 |
| = Real Estate Tax | $65,540.69 |
| + Special Service Area | |
| + Drainage | |
| = **Total Current Year Tax** | $65,540.69 |
| + Omitted Tax | |
| + Forfeited Tax | |
| = **Total Tax Billed** | $65,540.69 |
| + Interest Due as 4/30/2008 | |
| + Cost | |
| = AMOUNT BILLED | $65,540.69 |
| Fair Market Value | $3,457,866 |
| 1st Installment Due  6/3/2008 | $32,770.34 |
| 2nd Installment Due  9/3/2008 | $32,770.35 |

COUNTY

ROBERT SKIDMORE

# 1

LAKE COUNTY COLLECTOR

17-31-302-163

STUART P LEVINE
57 S DEERE PARK DR
HIGHLAND PARK IL  60035-5370

**1st INSTALLMENT**
**Tax Year 2007**
**PAYMENT COUPON**

*1731302163*

Your cancelled check is your receipt

*LAKE COUNTY     LAKE*
*LAKE COUNTY LAKE COUNTY*

PIN:   17-31-302-163

**Postmarked on or before 6/3/2008**

$1,049.14     DUE

PAYABLE TO LAKE COUNTY COLLECTOR

17313021630000000104914200716

---

COUNTY

ROBERT SKIDMORE

# 2

LAKE COUNTY COLLECTOR

17-31-302-163

STUART P LEVINE
57 S DEERE PARK DR
HIGHLAND PARK IL  60035-5370

**2nd INSTALLMENT**
**Tax Year 2007**
**PAYMENT COUPON**

*1731302163*

Your cancelled check is your receipt

*LAKE COUNTY     LAKE*
*LAKE COUNTY LAKE COUNTY*

PIN:   17-31-302-163

**Postmarked on or before 9/3/2008**

$1,049.14     DUE

PAYABLE TO LAKE COUNTY COLLECTOR

17313021630000000104914200725

---

**Property Location:** 0 DEERE PARK DR
HIGHLAND PARK

**Legal Description:** COHEN'S RESUB; PT LTS 1&2 DAFS, COM SLY COR LT1, NWLY ALG WLY LN 4.83',NELY 200.81' TO PNT 7.7' N OF SLN LT 2, NELY // TO SLN LT TO WATER'S EDGE, SLY ALG SD WATER'S EDGE TO SLN SUB, SWLY TO POB

PIN Number: 17-31-302-163     Tax Code: 18005     Acres: 0.00

| Taxing Body | Rate | Current Amount | Change From Prior Year |
|---|---|---|---|
| COUNTY OF LAKE | 0.34800 | $127.85 | $10.00 |
| COUNTY OF LAKE PENSION | 0.09600 | $35.27 | $5.39 |
| CITY OF HIGHLAND PARK | 0.29100 | $106.92 | $10.40 |
| CITY OF HIGHLAND PARK LIBRARY | 0.14000 | $51.44 | $3.18 |
| CITY OF HIGHLAND PARK PENSION | 0.08600 | $31.60 | $1.72 |
| PARK DISTRICT OF HIGHLAND PARK | 0.35800 | $131.54 | $14.01 |
| PARK DISTRICT OF HIGHLAND PARK PENSION | 0.01900 | $6.98 | $0.41 |
| SOUTHLAKE MOSQUITO ABATEMENT | 0.01100 | $4.04 | $0.10 |
| SCHOOL DISTRICT #112 | 2.15000 | $789.93 | $68.68 |
| SCHOOL DISTRICT #112 PENSION | 0.03600 | $13.22 | $4.02 |
| COLLEGE OF LAKE COUNTY #532 | 0.19200 | $70.54 | $6.53 |
| HIGH SCHOOL #113 | 1.56700 | $575.73 | $56.02 |
| HIGH SCHOOL #113 PENSION | 0.05200 | $19.10 | $2.02 |
| NORTH SHORE SAN DIST | 0.12000 | $44.09 | $3.06 |
| FOREST PRESERVE | 0.19600 | $72.02 | $7.67 |
| FOREST PRESERVE PENSION | 0.00500 | $1.84 | ($0.79) |
| TOWNSHIP OF MORAINE | 0.04400 | $16.17 | $1.72 |
| **Totals** | 5.71100 | $2,098.28 | $194.14 |

| | |
|---|---|
| Land Value | $36,741 |
| + Building Value | $0 |
| x State Multiplier | 1.0 |
| = Equalized Value | $36,741 |
| + Farm Land and Bldg | $0 |
| + State Assessed Pollution | |
| + State Assessed Railroads | |
| = Total Assessed Value | $36,741 |
| - Fully Exempt | |
| - Senior Freeze | |
| - Home Improvement | |
| - Limited Homestead | |
| - Senior Homestead | |
| - Veterans/Disabled | |
| - Returning Veteran | |
| = Taxable Valuation | $36,741 |
| x Tax Rate | 5.71100 |
| = Real Estate Tax | $2,098.28 |
| + Special Service Area | |
| + Drainage | |
| = Total Current Year Tax | $2,098.28 |
| + Omitted Tax | |
| + Forfeited Tax | |
| = Total Tax Billed | $2,098.28 |
| + Interest Due as 4/30/2008 | |
| + Cost | |
| = AMOUNT BILLED | $2,098.28 |
| Fair Market Value | $110,223 |
| 1st Installment Due 6/3/2008 | $1,049.14 |
| 2nd Installment Due 9/3/2008 | $1,049.14 |

2007 ESTIMATE OF REAL ESTATE TAXES + PRORATION OF 50 DAYS IN 2008 FOR 57 S DEERE PARK, HIGHLAND PARK
Tax Ids 17-31-302-051 & 17-31-302-163

2006 real estate taxes were $55,973.71
estimate for 2007 taxes based on 2006 tax rate Xs 2007 assessed value less homestead exemption

|  |  | 2007 taxable value | 2006 tax rate | estimated tax | ACTUAL 2007 |
|---|---|---|---|---|---|
| 2007 est | 17-31-302-051 | 1147622 | 0.058 | $66,562.08 | 65,540.69 |
|  | 17-31-302-163 | 36741 | 0.058 | $2,130.98 | 2098.28 |
|  |  |  | 07est | $68,693.05 | $67,638.97 |
|  |  |  |  | 0.136986301 |  |
|  | estimate of 2008 taxes would 13.7% of the 2007 estimate |  |  | $9,410.01 | $9,265.61 |
|  |  |  | Total | $78,103.06 | $76,904.58 |