IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FUNDS IN THE AMOUNT OF )<br>APPROXIMATELY FIVE MILLION )<br>DOLLARS ($5,000,000) INCLUDING: )<br>)<br>THE REAL PROPERTY LOCATED AT )<br>57 SOUTH DEERE PARK DRIVE, )<br>HIGHLAND PARK, ILLINOIS, and )<br>)<br>THE REAL PROPERTY LOCATED AT )<br>2494 BAY ISLE DRIVE, )<br>WESTON, FLORIDA, )<br>)<br>Defendants. ) | 08 C 1071<br><br>Judge Amy J. St. Eve |

**VERIFIED CLAIM OF ASTORIA FEDERAL MORTGAGE CORPORATION**

TO:   PLAINTIFF AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that ASTORIA FEDERAL MORTGAGE CORPORATION ("ASTORIA") has a security interest in the defendant property commonly known as 57 South Deere Park Drive, Highland Park, Illinois (the "Property").

On or about March 18, 2008, STUART P. LEVINE and SHERRI H. LEVINE, husband and wife, executed and delivered to ASTORIA a "Fixed/Adjustable Rate Note" and certain Riders thereto (collectively referred to as the "Note") in the principal amount of One Million Two Hundred Fifty Thousand Dollars ($1,250,000.00). A copy of the Note is attached hereto as Exhibit A and incorporated by reference. The Note was secured

by a Mortgage, a copy of which is attached hereto as Exhibit B and incorporated by reference.

WHEREFORE, ASTORIA hereby files this Verified Claim with this Court stating that it has an interest in the defendant Property to the extent of its lien as shown by the recorded mortgage or the actual amount of credit outstanding, including but not limited to the One Million Two Hundred Fifty Thousand Dollars ($1,250,000.00) principal amount of the Note secured by the Mortgage and its costs and expenses, including its reasonable attorneys' fees, incurred to protect its interest in the Property as authorized under Paragraphs 9 and 14 of the Mortgage.

        Respectfully submitted,
        ASTORIA FEDERAL MORTGAGE CORPORATION

By:   s/ W. Matthew Bryant
       One of its attorneys

Samuel H. Levine #06181160
Patrick J. Cotter #06202681
W. Matthew Bryant #06228918
ARNSTEIN & LEHR, LLP
Attorneys for Claimant
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100 phone
(312) 876-0288 facsimile

## VERIFICATION PURSUANT TO 28 U.S.C. 1746

The undersigned person verifies under penalty of perjury that he/she has read the foregoing Verified Claim of Astoria Federal Mortgage Corporation and that it is true and correct.

Executed on the 29 day of April, 2008.

ASTORIA FEDERAL MORTGAGE CORPORATION

By: _____
WALTER KRZYMINSKI

Title: ASSISTANT SECRETARY