IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 08 C 1071 |
| FUNDS IN THE AMOUNT OF ) | |
| APPROXIMATELY FIVE MILLION ) | Judge Amy J. St. Eve |
| DOLLARS ($5,000,000) INCLUDING: ) | |
| ) | |
| THE REAL PROPERTY LOCATED AT 57 ) | |
| SOUTH DEERE PARK DRIVE, ) | |
| HIGHLAND PARK, ILLINOIS, and ) | |
| ) | |
| THE REAL PROPERTY LOCATED AT ) | |
| 2494 BAY ISLE DRIVE, ) | |
| WESTON, FLORIDA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   All Counsel of Record
      (As indicated on CM/ECF)

Please take notice that on May 2, 2008, the undersigned caused to be filed in the United States District Court, For The Northern District of Illinois, Eastern Division, the attached **VERIFIED CLAIM OF ASTORIA FEDERAL MORTGAGE CORPORATION**, in the above referenced matter.

                                          Respectfully submitted,
                                          ASTORIA FEDERAL MORTGAGE
                                          CORPORATION

                                   By:    s/W. Matthew Bryant
                                          One of its attorneys

Samuel H. Levine #06181160
Patrick J. Cotter #06202681
W. Matthew Bryant #06228918
ARNSTEIN & LEHR, LLP
Attorneys for Claimant
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100 phone
(312) 876-0288 facsimile

## CERTIFICATE OF SERVICE

Pursuant to LR5.9, the undersigned, an attorney, hereby certifies that he caused to be served, true and correct copies of **VERIFIED CLAIM OF ASTORIA FEDERAL MORTGAGE CORPORATION** upon all counsel of record, as indicated on CM/ECF, via CM/ECF electronic mail on this 2nd day of May, 2008.

s/ W. Matthew Bryant
W. Matthew Bryant

8097658.1