UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | No. 08 C 1071 |
| | ) ) | Judge Amy J. St. Eve |
| v. | ) ) | |
| FUNDS IN THE AMOUNT OF APPROXIMATELY FIVE MILLION DOLLARS ($5,000,000), et al. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   All ECF filers of record, and the parties indicated on the attached certificate of service

On **May 21, 2008**, at **8:30 A.M.** at the opening of court or as soon thereafter as counsel may be heard, I will appear before **Judge St. Eve** in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and present **AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER RELATING TO THE PROCEEDS OF CERTAIN REAL PROPERTY SUBJECT TO FORFEITURE** in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:   s/Joseph M. Ferguson
    JOSEPH FERGUSON
    Assistant United States Attorney
    219 South Dearborn Street, Room 500
    Chicago, Illinois 60604
    (312) 353-1414

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER RELATING TO THE PROCEEDS OF CERTAIN REAL PROPERTY SUBJECT TO FORFEITURE**

and

**[PROPOSED] PROTECTIVE ORDER RELATING TO THE PROCEEDS OF CERTAIN REAL PROPERTY SUBJECT TO FORFEITURE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on May 19, 2008, to the following non-ECF filers:

| | |
|---|---|
| Hollie H. Hawn<br>Broward County Attorney's Office<br>115 South Andrews Avenue<br>Suite 423<br>Fort Lauderdale, Florida 33301 | Jeffrey B. Steinback<br>53 West Jackson Boulevard<br>Suite 1420<br>Chicago, Illinois 60604 |
| Andrea E. Gambino<br>Law Offices of Andrea E. Gambino<br>53 West Jackson Boulevard<br>Suite 926<br>Chicago, Illinois 60604 | Karen D. Fox<br>Lake County Office of the States's Attorney<br>Lake County Building<br>18 North County Street<br>Waukegan, Illinois 60085 |

By:  s/Joseph M. Ferguson
JOSEPH FERGUSON
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-1414