**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America

Plaintiff,

v.

Case No.:
1:08−cv−01071
Honorable Amy J.
St. Eve

57 South Deere Park Drive, Highland Park, Illinois, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

     MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/16/2008 and continued to 10/22/08 at 8:30 a.m. Government's oral motion to stay further proceedings pursuant to 18 U.S.C. 981(g) is granted. Case stayed.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.